NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    (650) 697-6000
Facsimile:    (650) 692-3606

BRUCE TICHININ (SBN 52859)
tichinin@garlic.com
**LAW OFFICES OF BRUCE TICHININ, INC.**
138 Seafoam Avenue
Monterey, CA 93940
Telephone:    (831) 324-4314
Facsimile:    (831) 324-4438

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HIGGINBOTTOM, dba HIGGINBOTTOM FLOOR COVERING, an individual; on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANCORP, a Delaware Corporation; U.S. BANK, NATIONAL ASSOCIATION; LYON FINANCIAL SERVICES, INC., a Minnesota Corporation, dba U.S. BANCORP MANIFEST FUNDING SERVICES, <br><br> Defendants. | Case No. CV-10-4593 EJD <br><br> **STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** <br><br> Judge:    Hon. Edward J. Davila |

**STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
Case No. CV-10-4593 EJD

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Pursuant to Northern District Civil Local Rule 6-2, Plaintiff Harold Higginbottom and Defendants U.S. Bancorp, U.S. Bank, National Association, and Lyon Financial Services, Inc. (collectively, "Defendants"), through their attorneys, hereby stipulate and request that the deadline for Plaintiff to file his First Amended Complaint be extended to June 1, 2011.

The current deadline to file the First Amended Complaint is May 25, 2011.  An extension of one week until June 1, 2011 will not effect any other deadlines already fixed by this Court.  The parties are currently engaged in settlement discussions to resolve the disputes in this matter and request additional time to complete these discussions prior to the filing of the First Amended Complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated:  May 23, 2011                    **COTCHETT, PITRE & McCARTHY, LLP**

By:          */s/ Eric J. Buescher*
ERIC J. BUESCHER
*Attorneys for Plaintiff*

Dated:  May 23, 2011                    **MORRISON & FOERSTER LLP**

By:          */s/ Rebecca S. Saeloa*
REBECCA S. SAELAO
*Attorneys for Defendants U.S. Bancorp,*
*U.S. Bank, National Association, and*
*Lyon Financial Services, Inc.*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
Case No. CV-10-4593 EJD                                                    1

1          **[~~PROPOSED~~] ORDER**

2          Pursuant to the Parties Stipulation and Request, IT IS ORDERED that the deadline

3    for Plaintiff to file his First Amended Complaint is continued to June 1, 2011.

4

5    DATE: May _24_, 2011                    _____

6                                                  Hon. Edward J. Davila

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE FIRST
AMENDED COMPLAINT; [PROPOSED] ORDER**
Case No. CV-10-4593 EJD                                                          2