NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 692-3606

BRUCE TICHININ (SBN 52859)
tichinin@garlic.com
**LAW OFFICES OF BRUCE TICHININ, INC.**
138 Seafoam Avenue
Monterey, CA 93940
Telephone:   (831) 324-4314
Facsimile:   (831) 324-4438

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HIGGINBOTTOM, dba HIGGINBOTTOM FLOOR COVERING, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP, a Delaware Corporation; U.S. BANK, NATIONAL ASSOCIATION; LYON FINANCIAL SERVICES, INC., a Minnesota Corporation, dba U.S. BANCORP MANIFEST FUNDING SERVICES,<br><br>Defendants. | Case No. CV-10-4593 EJD<br><br>**STIPULATION AND REQUEST TO STAY CASE-RELATED DEADLINES; [PROPOSED] ORDER**<br><br>Judge:   Hon. Edward J. Davila |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Pursuant to Northern District Civil Local Rule 6-2, Plaintiff Harold Higginbottom and Defendants U.S. Bancorp, U.S. Bank, National Association, and Lyon Financial Services, Inc. (collectively, "Defendants"), through their attorneys, hereby stipulate and request that the deadline for Plaintiff to file his First Amended Complaint be extended to June 15, 2011.

The original deadline to file the First Amended Complaint was May 25, 2011. An extension of until June 1, 2011 was granted by the Court. The Parties have been in settlement discussions all the while and reached terms of a Settlement Agreement. The Parties have agreed to the terms of a settlement that are being reduced to writing. Accordingly, the Parties are requesting a stay of case-related deadlines, including discovery deadlines and the deadline to file a First Amended Complaint up to and through June 15, 2011. A stay of all case-related deadlines until June 15, 2011 will not affect any other deadlines already fixed by this Court.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 31, 2011                     **COTCHETT, PITRE & McCARTHY, LLP**


                                        By:    */s/ Anne Marie Murphy*
                                               ANNE MARIE MURPHY
                                               *Attorneys for Plaintiff*


Dated: May 31, 2011                     **MORRISON & FOERSTER LLP**


                                        By:    */s/ Rebecca S. Saelao*
                                               REBECCA S. SAELAO
                                               *Attorneys for Defendants U.S. Bancorp,
                                               U.S. Bank, National Association, and
                                               Lyon Financial Services, Inc.*

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and Request, IT IS ORDERED that all case-related deadline are stayed, including the deadline for Plaintiff to file his First Amended Complaint, up to and including June 15, 2011.

DATE: June  2 , 2011                                    _____
                                                                            Hon. Edward J. Davila