1 | NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
2 | ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
3 | ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
4 | **COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
5 | Burlingame, CA  94010
Telephone:   (650) 697-6000
6 | Facsimile:    (650) 692-3606

7 | BRUCE TICHININ (SBN 52859)
tichinin@garlic.com
8 | **LAW OFFICES OF BRUCE TICHININ, INC.**
138 Seafoam Avenue
9 | Monterey, CA 93940
Telephone:   (831) 324-4314
10 | Facsimile:    (831) 324-4438

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HIGGINBOTTOM, dba HIGGINBOTTOM FLOOR COVERING, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP, a Delaware Corporation; U.S. BANK, NATIONAL ASSOCIATION; LYON FINANCIAL SERVICES, INC., a Minnesota Corporation, dba U.S. BANCORP MANIFEST FUNDING SERVICES,<br><br>Defendants. | Case No. CV-10-4593 EJD<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Judge:    Hon. Edward J. Davila |

---

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;
[PROPOSED] ORDER**; Case No. CV-10-4593 EJD

**TO THE COURT AND ALL COUNSEL OF RECORD:**

WHEREAS Plaintiff Harold Higginbottom ("Plaintiff") and Defendants U.S. Bancorp, U.S. Bank, National Association, and Lyon Financial Services, Inc. (collectively, "Defendants") have reached a settlement that fully disposes of the case;

WHEREAS the case was originally filed as a putative class action but was dismissed prior to class certification, making notice unnecessary;

IT IS THEREFORE STIPULATED by Plaintiff and Defendants, through their attorneys of record, that the case be fully and finally dismissed with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 16, 2011          **COTCHETT, PITRE & McCARTHY, LLP**

By:  _____/s/ Anne Marie Murphy_____
ANNE MARIE MURPHY
ERIC J. BUESCHER
*Attorneys for Plaintiff*


Dated:  June 16, 2011          **MORRISON & FOERSTER LLP**

By:  _____/s/ James M. McGuire_____
JAMES M. McGUIRE
*Attorneys for Defendants U.S. Bancorp,*
*U.S. Bank, National Association, and*
*Lyon Financial Services, Inc.*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;**
**[PROPOSED] ORDER**; Case No. CV-10-4593 EJD                    1

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and Request, IT IS ORDERED that the case be DISMISSED WITH PREJUDICE.   The Clerk shall close this file.

DATE: June __17__, 2011                            _____
                                                                          HON. EDWARD J. DAVILA
                                                                          UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;
[PROPOSED] ORDER**; Case No. CV-10-4593 EJD                              2